1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Christine Hill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Hill,<br><br>                Plaintiff,<br><br>        vs.<br><br>Performant Recovery, Inc.; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692 *ET. SEQ*;**<br><br>**JURY TRIAL DEMANDED** |

COMPLAINT FOR DAMAGES

For this Complaint, Plaintiff, Christine Hill, by undersigned counsel, states as follows:

## JURISDICTION

1.     This action arises out of repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") by Defendants and its agents in their illegal efforts to collect a consumer debt.

2.     Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

3.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

4.     Plaintiff, Christine Hill (hereafter "Plaintiff"), is an adult individual residing in Minneapolis, Minnesota, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

5.     Defendant, Performant Recovery, Inc. ("Performant"), is a California business entity with an address of 333 North Canyons Parkway, Suite 100, Livermore, California 94551, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

6.     Does 1-10 (the "Collectors") are individual collectors employed by Performant and whose identities are currently unknown to Plaintiff.  One or more of

COMPLAINT FOR DAMAGES

the Collectors may be joined as parties once their identities are disclosed through discovery.

7.      Performant at all times acted by and through one or more of the Collectors.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

**A.      The Debt**

8.      Plaintiff allegedly incurred a financial obligation in (the "Debt") to US Bank ELT for Barclays (the "Creditor").

9.      The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes and meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

10.     The Debt was purchased, assigned or transferred to Performant for collection, or Performant was employed by the Creditor to collect the Debt.

11.     Performant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

**B.      Performant Engages in Harassment and Abusive Tactics**

12.     In May of 2014, Performant began contacting Plaintiff at her place of employment in an attempt to collect the Debt.

COMPLAINT FOR DAMAGES

13.     On more than one occasion, a representative from Performant spoke to Plaintiff's co-worker and falsely stated that there was an emergency which required a return call from Plaintiff that same day.

14.     In May of 2014, Plaintiff entered into a payment plan with Performant and provided Performant with her bank account information for automatic withdrawals.

15.     In June of 2014, Plaintiff noticed that the first agreed upon payment was not taken from her bank account and called Performant to inquire.

16.     Performant responded that Plaintiff's bank did not approve the charge and threatened to garnish Plaintiff's wages immediately.

17.     Performant had no ability to immediately garnish Plaintiff's wages without first providing Plaintiff with a notice of intent to garnish as it is required by law.

**C.    Plaintiff Suffered Actual Damages**

18.     Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

19.     As a direct consequence of the Performants' acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

COMPLAINT FOR DAMAGES

20.     Performants' conduct was so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency, and to be regarded as atrocious, and utterly intolerable in a civilized community.

## COUNT I
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692, *et seq.*

21.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

22.     Defendants communicated with individuals other than the Plaintiff, the Plaintiff's attorney, or a credit bureau, in violation of 15 U.S.C. § 1692c(b).

23.     Defendants engaged in behavior the natural consequence of which was to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt, in violation of 15 U.S.C. § 1692d.

24.     Defendants used false, deceptive, or misleading representation or means in connection with the collection of a debt, in violation of 15 U.S.C. § 1692e.

25.     Defendants threatened Plaintiff with garnishment if the debt was not paid, in violation of 15 U.S.C. § 1692e(4).

26.     Defendants employed false and deceptive means to collect a debt, in violation of 15 U.S.C. § 1692e(10).

27.     Defendants used unfair and unconscionable means to collect a debt, in violation of 15 U.S.C. § 1692f.

28.    The foregoing acts and omissions of the Defendants constitute numerous and multiple violations of the FDCPA, including every one of the above-cited provisions.

29.    The Plaintiff is entitled to damages as a result of the Defendants' violations.

### **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays that judgment be entered against the Defendants as follows:

    A.  Actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against the Defendants;

    B.  Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against the Defendants;

    C.  Costs of litigation and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3) against the Defendants;

    D.  Punitive damages; and

    E.  Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

COMPLAINT FOR DAMAGES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:  July 15, 2014                    TRINETTE KENT


                                         By:   /s/   Trinette G. Kent
                                         Trinette G. Kent, Esq.
                                         Lemberg Law, LLC
                                         Attorney for Plaintiff Christine Hill

COMPLAINT FOR DAMAGES