# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Hill,<br><br>    Plaintiffs,<br><br>vs.<br><br>Performant Recovery, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 3:14-cv-03191-NC<br><br>[~~PROPOSED~~] **ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:  December 15, 2014



Judge Nathanael M. Cousins — GRANTED

~~PROPOSED~~ ORDER